Richard P. Sybert, Bar No. 80731
email rsybert@gordonrees.com
Maha Sarah, Bar No. 218981
email msarah@gordonrees.com
GORDON & REES, LLP
101 W. Broadway, Suite 1600
San Diego, California 92101
tel (619) 696-6700 / fax (619) 696-7124

Attorney for Plaintiffs
LANARD TOYS LIMITED

FILED
2008 AUG -1 AM 9:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

'08 CV 1397 H RBB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LANARD TOYS LIMITED, a Hong Kong corporation,

Plaintiff,

v.

DOLLAR TREE STORES, INC., a Delaware corporation; GREENBRIER INTERNATIONAL, INC., a Delaware corporation,

Defendants.

**CASE NO.**

**COMPLAINT FOR:**

1. **False Designation of Origin and Trade Dress Infringement [15 USC § 1125(a)];**
2. **Trademark Infringement [15 USC § 1114];**
3. **Trademark Dilution [15 USC § 1125(c)];**
4. **Copyright Infringement [17 USC § 101];**
5. **State Trademark Infringement [Cal. B&PC §§ 14335, 14340];**
6. **State trademark dilution [Cal B&P C 14330)];**
7. **State law unfair competition [B&PC §17200];**

**AND JURY TRIAL DEMAND [FRCP 38]**

GORDON & REES, LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 20TH FLOOR
LOS ANGELES, CA 90071
TELEPHONE: (213) 576-5000

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Plaintiff Lanard Toys Limited for its Complaint alleges as follows:

## Nature of the Action

1. This is an action for willful violations of Lanard's intellectual property rights, including trademark infringement, trade dress infringement, trademark dilution, copyright infringement, counterfeiting, and unfair competition, all arising out of the production, importation, distribution, sale, and offer for sale by Defendants of blatant counterfeits of Lanard's proprietary FLUTTERING FAIRYKINS®™[1] toy.

## Jurisdiction and Venue

2. This action arises under the trademark and copyright laws of the United States, specifically 15 U.S.C. § 1051 *et seq.* and 17 U.S.C. § 101 *et seq.*, respectively; and under California state law governing trademarks, counterfeiting, and unfair competition, specifically and respectively California Business and Professions Code §§ 14335, 14340, and 17200 *et seq.*

3. This Court therefore has subject matter jurisdiction over these claims as federal questions pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 1338(a) and (b), and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The Court has pendent jurisdiction of the California state law claims under 28 U.S.C. § 1338(b).

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400.

## The Parties

5. Plaintiff Lanard Toys Limited ("Lanard") is an American-owned corporation at all times relevant hereto organized and in good standing under the laws of Hong Kong, having its principal place of business at 92 Granville Road, 6th Floor, Engery Plaza, Tsim Sha Tsui East, Kowloon, Hong Kong, and having a design subsidiary, Lanard Toys, Inc., a Missouri corporation, with its principal place of business at 2011 Auto Center Drive, Suite 200, Oxnard, California 93030.

---

[1] FAIRYKINS® is a registered trademark. FLUTTERING FAIRYKINS™ is a common law, or unregistered trademark. Hence, FLUTTERING FAIRYKINS.®™

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Lanard is a small, family-owned business that, since 1978, has engaged in the business of designing, manufacturing, marketing, and selling children's toys and products on a worldwide basis, including in the United States. Lanard's principal customers are mass market or "discount" retailers such as Wal-Mart and Kmart, among others.

6. Defendant Dollar Tree Stores, Inc. ("Dollar Tree") is, on information and belief, a Delaware corporation with its principal place of business at 500 Volvo Parkway, Chesapeake, Virginia 23320. On information and belief, Dollar Tree is a publicly traded corporation that operates a chain of discount stores throughout the United States, including within this judicial district. Dollar Tree offers customers low cost, basic merchandise for family and home needs.

7. Defendant Greenbrier International, Inc. ("Greenbrier") is, on information and belief, a Delaware corporation with its principal place of business at 500 Volvo Parkway, Chesapeake, Virginia 23320. On information and belief, Greenbrier sells and/or distributes merchandise throughout the United States, including within this judicial district, and is associated with Dollar Tree.

8. On information and belief, this Court has personal jurisdiction over the Defendants by virtue of Defendants' conducting of business in this judicial district including through merchandise sales at Dollar Tree retail stores, and by Defendants' other contacts and transaction of business in this judicial district and Defendants' delivery into the stream of commerce in this district products accused herein of violating Lanard's intellectual property rights. Defendants purposefully avail themselves of the privileges and benefits of doing business within this district.

## Lanard's Intellectual Property Rights At Issue

9. By virtue of Lanard's extensive design, development, sales, and marketing activities regarding toy and novelty products, Lanard has amassed a substantial portfolio of intellectual property rights including numerous patents (both utility and design), common law and registered trademarks, identifying trade dress,

registered copyrights, and other source identifiers. Intellectual property is of particular importance in the toy industry, which is a "fashion" industry heavily dependent on design, packaging, and graphic presentation. These intellectual property rights are of incalculable value to Lanard's business, including its ability to maintain good will with respect to its product lines and customers. Lanard's careful maintenance and protection of its intellectual property rights is an important factor in the success of its business over the past thirty (30) years.

10. Lanard's extensive market research and design efforts permit it to introduce original toys to the toy market. Indeed, Lanard's creative efforts have earned Lanard its strong reputation and loyal clientele. Lanard diligently protects its creative products through, *inter alia,* trademark and copyright registration, designed to put all others on notice of its rights therein.

**Trademark Protection for Lanard's FLUTTERING FAIRYKINS®™ Toy**

11. One of Lanard's product lines is FAIRYKINS®, which includes the FLUTTERING FAIRYKINS®™ toy. Attached hereto collectively as Exhibit A are true copies of color photographs of Lanard's FLUTTERING FAIRYKINS®™ toy. FAIRYKINS® has been used as a trademark to identify toys since at least as early as 2001, and is a "famous mark" within the meaning of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c). Lanard has continuously used the FAIRYKINS® trademark since that time. Lanard first adopted and used the FLUTTERING FAIRYKINS®™ trademark to identify the subject toy within the FAIRYKINS® line at least as early as 2004, and since that time has continuously used the FLUTTERING FAIRYKINS®™ trademark. Lanard has sold and promoted its FAIRYKINS® line of toys, including specifically without limitation FLUTTERING FAIRYKINS®™, through the various established channels of trade, including mass market retailers and specialty retailers.

12. Lanard registered FAIRYKINS® as its trademark in the United States Patent and Trademark Office on April 16, 2002, under United States Trademark

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Registration No. 2,562,596. Lanard owns the registration, which is and continues to be in full force and effect. A certified copy of Lanard's certificate of trademark registration is attached hereto as Exhibit B and is incorporated by reference.

**Trade Dress Protection for Lanard's FLUTTERING FAIRYKINS®™ Toy**

13. Lanard has promoted and sold the trademarked FAIRYKINS® toy line in the United States and in this judicial district since at least as early as 2001. To date, more than $300,800 has been spent by Lanard on the tooling for the production of these toys. Lanard's investment has resulted in the sale from 2001 through 2008 of approximately 3,084,294 units of the FAIRYKINS® line toy products worldwide, resulting in gross revenue to Lanard during that time of approximately $8,119,889. Included in this is Lanard's sale, from 2004 through 2008, of approximately 434,436 units worldwide of the FLUTTERING FAIRYKINS®™ toy, resulting in gross revenue to Lanard during that time of more than $509,740.

14. The distinctive design of the FLUTTERING FAIRYKINS®™ trade dress includes (but is not limited to): (a) a three-inch long "fairy doll" comprised of a slightly bulbous torso, a head, two arms, two legs, two wings, and two antennae; (b) the torso is approximately one-inch long, ¾ inch wide, and painted a primary color; (c) the two flesh-colored legs are approximately one-inch long, widest at the top, and terminating in very narrow "feet"; (c) the two flesh-colored arms are approximately ¾ inch long, widest at the top, and terminating in an open five-fingered hand, which is facing forward; (d) the flesh-colored head is approximately ¾ inch long, and ¾ inch wide, with two wide-set eyes, a button nose, and a narrow smiling mouth; (e) the head is topped with long, colorful synthetic hair, as well as (f) two zig-zag shaped antennae that terminate into two fuzzy fabric balls, and are approximately ¾ inch long; and attached behind the torso are a pair of colorful butterfly-shaped of wings, with glitter accents; (g) overall, the design of

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

the doll body is distinctively bulbous; (h) the "fluttering" feature of the fairy that occurs by pushing a "button" which makes the wings flutter.

15. These arbitrary and nonfunctional design elements, among others, constitute Lanard's proprietary trade dress in and operate as source identifiers for Lanard's FLUTTERING FAIRYKINS®™ toy.

16. Lanard's proprietary trade dress in the FLUTTERING FAIRYKINS®™ toy as described above is inherently distinctive. In fact, the design elements and features, both individually and in combination, make the FLUTTERING FAIRYKINS®™ toy unusual and memorable.

17. Lanard's marketing and sales activities have resulted in the acquisition of further distinctiveness of Lanard's proprietary trade dress in the FLUTTERING FAIRYKINS®™ toy, thereby creating a strong secondary meaning in the minds of the consuming public as identifying Lanard's products.

**Copyright Protection for Lanard's FLUTTERING FAIRYKINS®™ Toy**

18. Lanard's careful selection, design, and compilation of non-useful and non-functional design elements such as shapes, proportion, and other elements described above yielded the unique FLUTTERING FAIRYKINS®™ toy, whose features are more thoroughly described above.

19. Lanard has applied for copyrights in the FLUTTERING FAIRYKINS®™ toy sculpture. Such copyrights are currently pending before the United States Copyright Office, and will be issued shortly. True and certified copies of said applications are attached hereto collectively as Exhibit C.

**Acts of Infringement by Defendants**

20. Defendants Dollar Tree and Greenbrier have intentionally infringed on the above intellectual property rights of Lanard through the sale and offer for sale of blatant counterfeits, or infringing copies, of Lanard's proprietary FLUTTERING FAIRYKINS®™ toy. Attached hereto collectively as Exhibit D are color photographs of true copies of said infringing counterfeit toys.

21. Defendants have intentionally infringed on the above intellectual property rights of Lanard in order to misappropriate and benefit from the goodwill developed by Lanard in the toy market.

22. Specifically, the accused toys use the same trade dress as Lanard's proprietary toys, and mirror the arbitrary, original design elements of the FLUTTERING FAIRYKINS®™ toy products as discussed above. Defendants have copied all of the creative choices that Lanard expended time and resources to create, design, produce, and package.

23. Save for slight differences, Lanard's Proprietary Toys and the accused toys cannot not be distinguished. Attached hereto collectively as Exhibit E are true copies of Lanard's FLUTTERING FAIRYKINS®™ toy and Defendants' accused toy, side-by-side for comparison, both within the package and without packaging.

24. The use of Lanard's copyright, trade dress, and the overall commercial impression of the accused toys is confusingly similar to that of Lanard's Proprietary Toys. The accused toys are highly likely to confuse the public and are undoubtedly designed for that exact purpose. Simply comparing Lanard's proprietary products with the accused toys, it is difficult to distinguish between them, particularly upon initial examination, which is generally all the average toy consumer would do.

25. The copying of Lanard's copyrighted FLUTTERING FAIRYKINS ™ toys and their original design elements, have intentionally rendered Defendants' copies nearly identical counterfeits to Lanard's proprietary originals.

26. Both the accused toys and Lanard's Proprietary Toys are marketed and directed at children and their caregivers; and are sold to the public through the same mass market retailers and channels of trade.

27. On information and belief, Defendants either (a) specifically requested a third party manufacturer to produce counterfeits of Lanard's FLUTTERING FAIRYKINS®™ toys; or (b) intentionally sold and offered the accused toys for

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

sale in knowing disregard of Lanard's copyrights, trade dress, trademarks; or (c) so acted in willful and reckless disregard of such rights.

28. Even if Defendants had merely purchased the infringing toys already fully designed and manufactured, and being otherwise offered for sale to the general public, Defendants would still be liable for contributory and vicarious infringement liability on part of Defendants, their officers, directors, and shareholders, under *Fonovisa, Inc. v. Cherry Auction, Inc.*, 76 F.3d 259, 264 (9th Cir. 1996) and related cases.

## FIRST CLAIM

**False Designation of Origin and Trade Dress Infringement**

**(15 U.S.C. § 1125(a))**

**(Against All Defendants)**

29. Lanard repeats and realleges the allegations contained in Paragraphs 1 through 28 above.

30. Defendants' actions of designing or having designed, manufacturing or having manufactured, selling, and/or distributing the accused toys in interstate commerce, without Lanard's consent, is a false designation of origin and trade dress infringement, and has caused and continues to cause a likelihood of confusion, mistake, and deception as to source, sponsorship, affiliation, and/or connection in the minds of the public.

31. Defendants' false designation of origin and trade dress infringement in interstate commerce has infringed Lanard's trademark rights in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a)(1).

32. By reason of the foregoing, Lanard has been injured in an amount not yet fully determined, but believed to be in excess of $75,000. In addition, as a result of Defendants' acts of infringement, Lanard has suffered and will continue to suffer irreparable harm, and Lanard has no adequate remedy at law with respect to

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

this injury. Unless Defendants' acts of infringement are further enjoined by this Court, Lanard will continue to suffer a risk of irreparable harm.

33. Defendants' actions have been knowing, intentional, wanton, and willful, entitling Lanard to damages, treble damages, profits, attorney's fees, and the costs of this action pursuant to 15 U.S.C. § 1117 in this Court's discretion.

## SECOND CLAIM

**Infringement of Lanard's Registered U.S. Trademark FAIRYKINS®**
**(15 U.S.C. § 1114)**
**(Against All Defendants)**

34. Lanard repeats and realleges the allegations contained in Paragraphs 1 through 33 above.

35. This claim is for trademark infringement under the laws of the United States, Section 32 of the Lanham Act, 15 U.S.C. § 1114(1)(a).

36. Defendants have reproduced, counterfeited, copied, advertised, distributed, and offered for sale, Lanard's proprietary FLUTTERING FAIRYKINS®™ toy, infringing Lanard's trademark FAIRYKINS®, United States Registered Trademark No. 2,562,596, registered on April 16, 2002.

37. Specifically, Defendants have reproduced, counterfeited, copied, and offered for distribution, and advertising, counterfeit toys designed identically to FLUTTERING FAIRYKINS®™ toys, and prominently featuring the mark "FLUTTERING FAIRY" on the packaging. The infringing toy has been promoted and sold in the United States, including this judicial district.

38. Such actions constitute infringement of Lanard's aforementioned trademark rights to the FAIRYKINS® registered trademark, and Defendants' such use of the infringing mark is likely to cause confusion as to source among the consumers for these products given the identical goods.

/ / /

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

39. The prominent display of "FLUTTERING FAIRY" as used with Defendants' counterfeit and infringing toy products is a blatant attempt to confuse the consuming public as to the source of the goods and to trade off Lanard's earned goodwill in the toy industry.

40. Defendants have acted knowingly and willfully, with full knowledge of the likelihood of confusion as to the sponsorship and/or confusion of their infringing toys and with the intent to deceive consumers in order to trade off the promotional efforts and earned goodwill and reputation of Lanard in the retail and wholesale toy industries. Defendants have acted in utter and knowing disregard for Lanard's rights in the FAIRYKINS® registered trademark.

41. Lanard has never given Defendant permission to use its registered FAIRYKINS® trademark or any confusingly similar marks. Defendant has acted with the knowledge and intent to cause confusion, mistake, or to deceive as to the source of its product.

42. By reason of the foregoing acts of trademark infringement, Lanard has been monetarily injured in an amount not yet ascertained.

43. In addition, as a result of the acts of trademark infringement, Lanard has suffered and will continue to suffer irreparable harm from the Defendants' manufacturing, importing, marketing, distribution, and sales of the infringing and counterfeit product. Lanard has no adequate remedy at law with respect to this injury. Unless the acts of trademark infringement are enjoined by this Court, Lanard will continue to suffer irreparable harm.

///

///

///

///

///

///

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

## THIRD CLAIM

**Trademark Dilution of Lanard's FLUTTERING FAIRYKINS®™ Trademark**

**(15 U.S.C. § 1125(c))**

**(Against All Defendants)**

44. Lanard repeats and realleges the allegations contained in Paragraphs 1 through 43 above.

45. This claim is for trademark dilution under the laws of the United States, Section 43 of The Lanham Act, 15 U.S.C. § 1125(c).

46. Because of the substantive investment Lanard has made in marketing goods in connection with its FAIRYKINS® and FLUTTERING FAIRYKINS®™ trademark, throughout years of continuous use in commerce, including advertising and publicizing the toy products extensively, the FAIRYKINS® and FLUTTERING FAIRYKINS®™ marks have become instantly recognizable and distinctive in the toy industry, have gained secondary meaning, and have become both distinctive and famous. Thus, Lanard's marks qualify as "famous marks" under the Federal Trademark Dilution Act ("FTDA"), 15 U.S.C. § 1125(c).

47. Defendants' manufacturing, distribution, marketing, use, and sale of the counterfeit and infringing products using the words "FLUTTERING FAIRY" dilute the capacity of said marks to identify and distinguish Lanard's goods or services.

48. By reason of the foregoing acts of trademark dilution, Lanard has been monetarily injured in an amount not yet ascertained.

49. Lanard has no adequate remedy at law with respect to this injury. Unless the acts of trademark dilution are enjoined by this Court, Lanard will continue to suffer irreparable harm.

///

///

///

# FOURTH CLAIM

## Copyright Infringement of Lanard's FAIRYKINS® FLUTTERING FAIRYKINS ™Toy Sculpture

(17 U.S.C. § 101 *et seq.*)

**(Against All Defendants)**

50. Lanard repeats and realleges the allegations contained in Paragraphs 1 through 49 above.

51. This claim is for copyright infringement under the laws of the United States, 17 U.S.C. § 101 *et seq.*

52. Lanard has applied for copyrights in the FLUTTERING FAIRYKINS®™ toy sculpture. Such copyrights are currently pending before the United States Copyright Office, and will be issued shortly (see Exhibit C).

53. Lanard's FLUTTERING FAIRYKINS®™ toy sculpture is an original work that is the product of creativity, innovation, and careful design. The design elements of this work are dictated by the aesthetic preferences of Lanard's design and marketing teams, and are not intrinsically or otherwise utilitarian. A matrix describing the similarities between the Lanard's FLUTTERING FAIRYKINS®™ toy sculpture and Defendants' infringing toy is attached as Exhibit F.

54. Defendants' copying, reproduction, counterfeiting, and commercial distribution and sale of counterfeit copies was not authorized by Lanard. The unauthorized commercial sale of numerous counterfeit copies of the toy sculpture has decreased the market demand and value for Lanard's original FLUTTERING FAIRYKINS®™ toy.

55. By reason of the foregoing acts of copyright infringement, Lanard has been monetarily injured in an amount not yet ascertained.

56. Lanard has no adequate remedy at law with respect to this injury. Unless the acts of copyright infringement are enjoined by this Court, Lanard will continue to suffer irreparable harm.

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

## FIFTH CLAIM

**Infringement of Lanard's FAIRYKINS® FLUTTERING FAIRKINS™ Trademark**

**(Cal. Bus. & Profs. Code §§ 14335, 14340)**

**(Against All Defendants)**

57. Lanard repeats and realleges the allegations contained in Paragraphs 1 through 56 above.

58. This claim is for trademark infringement under the laws of the State of California, California Business and Professions Code § 14335.

59. Defendants have manufactured, imported, distributed, promoted, sold, packaged and labeled their counterfeits and infringing products using the words "FLUTTERING FAIRY." The use of this designation in the connection with the promotion and sale of Defendants' goods without Lanard's prior consent infringes Lanard's trademark rights in violation of California Business and Professions Code § 14335, and constitute counterfeit marks under California Business and Professions Code § 14340.

60. By reason of the foregoing acts of trademark infringement, Lanard has been monetarily injured in an amount not yet ascertained.

61. Lanard has no adequate remedy at law with respect to this injury. Unless the acts of trademark infringement are enjoined by this Court, Lanard will continue to suffer irreparable harm.

## SIXTH CLAIM

**Trademark Dilution of Lanard's FAIRYKINS® and FLUTTERING FAIRYKINS®™ Trademark**

**(Cal. Bus. & Profs. Code § 14330)**

**(Against All Defendants)**

62. Lanard repeats and realleges the allegations contained in Paragraphs 1 through 61 above.

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

63. This claim is for trademark infringement under the laws of the State of California, California Business and Professions Code § 14330.

64. Because of substantial investment by Lanard in marketing the FAIRYKINS® and FLUTTERING FAIRYKINS®™ trademarks, the marks have become recognizable and distinctive in the toy industry, gained secondary meaning, and have become both distinctive and famous. As alleged above, Lanard's marks thus qualify as "famous marks" under the Federal Trademark Dilution Act ("FTDA"), 15 U.S.C. § 1125(c).

65. Defendants' manufacturing, distribution, marketing, use, and sale of the infringing toys using the proprietary FAIRYKINS® and FLUTTERING FAIRYKINS®™ marks is both likely to cause injury to Lanard's business reputation and likely to dilute the distinctive quality and capacity of the mark to identify and distinguish Lanard's goods or services.

66. By reason of the foregoing acts of trademark dilution, Lanard has been monetarily injured in an amount not yet ascertained.

67. Lanard has no adequate remedy at law with respect to this injury. Unless the acts of trademark dilution are enjoined by this Court, Lanard will continue to suffer irreparable harm.

**SEVENTH CLAIM**

**Unfair Competition**

**(California Bus. & Profs. Code § 17200 *et seq.*)**

**(Against All Defendants)**

68. Lanard repeats and realleges the allegations contained in Paragraphs 1 through 86 above, except insofar as any paragraph seeks damages, treble damages, or profits.

69. California Business & Professions Code § 17200 provides that unfair competition means and includes "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising."

70. By and through Defendants' conduct, including the conduct detailed above, Defendants have engaged in activities that constitute unlawful, unfair, and fraudulent business practices prohibited by Business & Professions Code § 17200 *et seq*.

71. Defendants' acts of intentional and willful trade dress, trademark, and copyright infringement, trademark dilution, and counterfeiting as alleged above constitute unfair competition actionable under the laws of the State of California as unlawful business acts or practices in that, *inter alia*, said acts violate the federal Lanham Act, and the federal Copyright Act of 1976. Specifically, and without limitation, Defendants' actions of designing, manufacturing, packaging, selling, distributing, and/or offering for sale in interstate commerce the accused toys, or participating therein, without consent of Lanard, has caused and continues to cause a likelihood of confusion, mistake, and deception in the minds of the public. Furthermore, said actions have a significant negative impact on the commercial value of and market for Lanard's original and proprietary toys, as well as the value of and market for other toys bearing the Lanard name. Defendants' actions constitute misappropriation, counterfeiting, and infringement of Lanard's trade dress in Lanard's FLUTTERING FAIRYKINS®™ toys, and a false designation of origin.

72. Defendant's unfair competition is evident from Defendant's external copying, as well as copying the internal structure of Lanard's FLUTTERING FAIRYKINS®™ toy. A study of the internal parts of Lanard's FLUTTERING FAIRYKINS®™ toy and compared with Defendants' accused toy demonstrates that approximately ninety-five percent of the internal parts of Lanard's proprietary toy were copied by Defendants. A side-by-side comparison of the various parts contained in Lanard's FLUTTERING FAIRYKINS®™ toy and Defendants' accused toy are attached as Exhibit G.

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

73. Defendants' acts of infringement as alleged above constitute unfair competition actionable under the laws of the State of California as unfair business acts or practices in that, *inter alia*, said acts of counterfeiting, of Lanard's toy designs in order to appropriate the substantial value of Lanard's investment and effort in design and marketing without paying for it and then underselling these products in direct competition with Lanard's FLUTTERING FAIRYKINS®™ toy products, all of which is immoral, unethical, oppressive, and unscrupulous.

74. Defendants' acts of infringement as alleged above constitute unfair competition actionable under the laws of the State of California as fraudulent business acts or practices, in that, *inter alia*, said acts are likely to confuse the public as to the origin of the accused toys.

75. Defendants' acts of infringement as alleged above constitute unfair competition actionable under the laws of the State of California as deceptive and false advertising, in that, *inter alia*, said acts are likely to cause confusion, mistake, and deception.

76. Such acts and omissions described above are unlawful, unfair, fraudulent, deceptive, misleading, and untrue and constitute a violation of Business & Professions Code Section 17200 *et seq*. Plaintiff reserves the right to identify additional violations by Defendants as may be established through discovery.

77. As a result of Defendants' said acts of unfair competition, Lanard has suffered and will continue to suffer irreparable harm, and Lanard has no adequate remedy at law with respect to this injury. Unless the acts of unfair competition are enjoined by this Court, Lanard will continue to suffer irreparable harm.

78. As a direct and legal result of Defendants' unlawful, unfair, and fraudulent conduct described above, Defendants have been and will continue to be unjustly enriched with ill-gotten gains.

///

///

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

**WHEREFORE**, Lanard prays the Court grant relief as follows:

1. Judgment in Lanard's favor on all claims herein;

2. A preliminary injunction preventing Defendants and those additional parties specified in Federal Rule of Civil Procedure 65(d) from continued infringement of Lanard's intellectual property rights, including registered trademark, common law trademark, trade dress, and copyright for Lanard's FLUTTERING FAIRYKINS®™ toy products, and any and continued false designation of origin, false advertising, and unfair competition;

3. A permanent injunction preventing Defendants and those additional parties specified in Federal Rule of Civil Procedure 65(d) from continued infringement of Lanard's intellectual property rights, including registered trademark, common law trademark, trade dress, and copyright for Lanard's FLUTTERING FAIRYKINS®™ toy products, and any and continued false designation of origin, false advertising, and unfair competition;

4. An accounting of profits and damages resulting from Defendants' trade dress infringement, false designation of origin, trademark infringement, trademark dilution, copyright infringement, counterfeiting, and unfair competition, and trebling of such damages under the trademark laws because of the knowing, intentional, willful, and wanton nature of Defendants' conduct;

5. On the Lanham Act claims, an award to Lanard of (a) an amount equal to the actual damages suffered by Lanard as a result of the infringement of its proprietary trade dress; (b) an amount equal to the profits earned by Defendants as a result of its infringing creation, design, distribution, packaging, and sales, or as a result of Defendants' purchase and re-sale of its infringing product; (c) an amount equal to three times the monetary award assessed in view of Defendants' willful and wanton infringement; (d) in the alternative as may be elected by Lanard, pursuant to Lanham Act Section 35, 15 U.S.C. § 1117(c), statutory damages of $1

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

million for each of Defendants' willful counterfeits of a registered mark, namely, or, if found not to be willful infringement, $100,000; (e) pre-judgment interest and post-judgment interest; (f) an amount equal to Lanard's reasonable attorney's fees, as an "exceptional" case under 15 U.S.C. § 1117;

6. On the copyright claims, an award to Lanard of (a) an amount equal to the actual damages suffered by Lanard as a result of the infringement of its owned and licensed copyrights; (b) an amount equal to the profits earned by Defendants as a result of its infringing creation, design, distribution, packaging, and sales, or as a result of Defendants' purchase and re-sale of their infringing products; (c) punitive damages for each of Defendants' willful infringements of Lanard's owned and licensed copyrights; (d) pre-judgment interest and post-judgment interest;

7. Disgorgement of all profits and restitution made in connection or associated with the sale of the counterfeit toys under California Business & Professions Code Section 17200 *et seq.*;

8. An order for the seizure and forfeiture of all goods bearing counterfeit or infringing marks, and any and continued false designation of origin, false advertising, and unfair competition, upon delivery into the United States pursuant to 19 U.S.C. § 1526(e) and California Bus. & Prof. Code § 14340;

9. An award of punitive damages for intentional and willful acts;

10. An award of interest, attorney's fees, and costs; and

11. Such other and further relief as the Court deems proper.

DATED: July 31, 2008

GORDON & REES LLP

by ______________________

Richard P. Sybert
Maha Sarah
Attorneys for Plaintiff
LANARD TOYS LIMITED

## REQUEST FOR JURY TRIAL

Pursuant to Rule 38, Federal Rules of Civil Procedure, Lanard hereby demands its right to a jury trial on all issues triable to a jury.

DATED: July 30, 2008

Respectfully submitted,

GORDON & REES LLP

by ______________________

Richard P. Sybert
Maha Sarah
Attorneys for Plaintiff
LANARD TOYS LIMITED

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

EXHIBIT A


FairyKins
Poppy
Press my tummy
Fluttering Fairykins
Lenard
FairyKins
84042
WARNING
Iris
Press my tummy
Fluttering Fairykins
Lenard
FairyKins
Orchid
Press my tummy
Fluttering Fairykins
Lenard
FairyKins
84042
WARNING
Rose
Press my tummy
Fluttering Fairykins
Lenard

EXHIBIT B

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,562,596
Registered Apr. 16, 2002

# TRADEMARK
## PRINCIPAL REGISTER

# FAIRYKINS

LANARD TOYS LIMITED (HONG KONG CORPORATION)
6/F. ENERGY PLAZA
92 GRANVILLE ROADTSIMSHATSUITSIMSHATSUI
KOWLOON, HONG KONG

FOR: DOLLS, DOLL CLOTHING AND ACCESSORIES THEREFOR, NAMELY TOY VEHICLES, PONIES, AND OTHER TOY ANIMALS FIGURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-30-2001; IN COMMERCE 7-30-2001.

SN 78-036,411, FILED 11-22-2000.

KEVIN DINALLO, EXAMINING ATTORNEY

EXHIBIT C

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
Doll (toy figure)

**NATURE OF THIS WORK ▼** See instructions
Sculptural work - toy product configuration

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
Lanard Toys Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of Hong Kong SAR
Domiciled in Hong Kong SAR

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2004 Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December Day 2 Year 2004
United States Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Lanard Toys Limited, 6th Floor, Energy Plaza, 92 Granville Road, Tsim Sha Tsui, Kowloon, Hong Kong SAR

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

## 7

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

NIL

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b

Doris Lee
LANARD TOYS INC., 2011 AUTO CENTER DRIVE, SUITE 200, OXNARD CA 93030

Area code and daytime telephone number (805) 278 0628 Fax number (805) 278 0638

Email dorislee@lanard.com.hk

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Lanard Toys Limited
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gimmy Ng Date May 27, 2008

Handwritten signature (X) ▼

X [signature]

## 9

Certificate will be mailed in window envelope to this address:

Name ▼
Doris Lee, Lanard Toys Inc.

Number/Street/Apt ▼
2011 AUTO CENTER DRIVE, SUITE 200

City/State/ZIP ▼
OXNARD CA 93030

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Full Rev: 07/2006 Print: 07/2006-30,000 Printed on recycled paper

U.S. Government Printing Office: 2004-320-958/60,125

**Representations**



**PERSPECTIVE VIEW FROM ONE SIDE**

**Representations**



**PERSPECTIVE VIEW FROM OTHER SIDE**

2/6

**Representations**



**PERSPECTIVE VIEW FROM FRONT**

**Representations**



**PERSPECTIVE VIEW FROM REAR**

**Representations**



**PERSPECTIVE VIEW FROM TOP VIEW**

**Representations**



**PERSPECTIVE VIEW FROM BOTTOM**

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

# Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
Doll (toy figure)

**NATURE OF THIS WORK ▼** See instructions
Sculptural work - toy product configuration

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NAME OF AUTHOR ▼**
a Lanard Toys Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of Hong Kong SAR
Domiciled in Hong Kong SAR

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed**
2004 Year
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December Day 2 Year 2004
United States Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Lanard Toys Limited, 6th Floor, Energy Plaza, 92 Granville Road,
Tsim Sha Tsui, Kowloon, Hong Kong SAR

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

## 7

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

NIL

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b

Doris Lee
LANARD TOYS INC., 2011 AUTO CENTER DRIVE, SUITE 200, OXNARD CA 93030

Area code and daytime telephone number (805) 278 0628 Fax number (805) 278 0638

Email dorislee@lanard.com.hk

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of Lanard Toys Limited

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gimmy Ng Date May 27, 2008

Handwritten signature (X) ▼

X [signature]

## 9

**Certificate will be mailed in window envelope to this address:**

Name ▼
Doris Lee, Lanard Toys Inc.

Number/Street/Apt ▼
2011 AUTO CENTER DRIVE, SUITE 200

City/State/ZIP ▼
OXNARD CA 93030

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Representations**



**PERSPECTIVE VIEW FROM ONE SIDE**

**Representations**



**PERSPECTIVE VIEW FROM OTHER SIDE**

**Representations**



**PERSPECTIVE VIEW FROM FRONT**

**Representations**



**PERSPECTIVE VIEW FROM REAR**

**Representations**



**PERSPECTIVE VIEW FROM TOP VIEW**

**Representations**



**PERSPECTIVE VIEW FROM BOTTOM**

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Form VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

Doll (toy figure)

**NATURE OF THIS WORK ▼** See instructions

Sculptural work - toy product configuration

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a Lanard Toys Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of Hong Kong SAR
Domiciled in Hong Kong SAR

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
2004 Year
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December Day 2 Year 2004
United States Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Lanard Toys Limited, 6th Floor, Energy Plaza, 92 Granville Road, Tsim Sha Tsui, Kowloon, Hong Kong SAR

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ______ pages

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

NIL

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b

Doris Lee
LANARD TOYS INC., 2011 AUTO CENTER DRIVE, SUITE 200, OXNARD CA 93030

Area code and daytime telephone number (805) 278 0628 Fax number (805) 278 0638

Email dorislee@lanard.com.hk

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Lanard Toys Limited
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gimmy Ng Date May 27, 2008

Handwritten signature (X) ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Doris Lee, Lanard Toys Inc.

Number/Street/Apt ▼
2011 AUTO CENTER DRIVE, SUITE 200

City/State/ZIP ▼
OXNARD CA 93030

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Representations**



**PERSPECTIVE VIEW FROM ONE SIDE**

**Representations**



**PERSPECTIVE VIEW FROM OTHER SIDE**

**Representations**



**PERSPECTIVE VIEW FROM FRONT**

**Representations**



**PERSPECTIVE VIEW FROM REAR**

**Representations**



**PERSPECTIVE VIEW FROM TOP VIEW**

**Representations**



**PERSPECTIVE VIEW FROM BOTTOM**

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**
Doll (toy figure)

**NATURE OF THIS WORK ▼** See instructions
Sculptural work - toy product configuration

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**NAME OF AUTHOR ▼**
a Lanard Toys Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of Hong Kong SAR
Domiciled in Hong Kong SAR

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
2004 Year
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December Day 2 Year 2004
United States Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Lanard Toys Limited, 6th Floor, Energy Plaza, 92 Granville Road,
Tsim Sha Tsui, Kowloon, Hong Kong SAR

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b **b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ NIL

Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Doris Lee
LANARD TOYS INC., 2011 AUTO CENTER DRIVE, SUITE 200, OXNARD CA 93030

Area code and daytime telephone number (805) 278 0628

Fax number (805) 278 0638

Email dorislee@lanard.com.hk

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of Lanard Toys Limited

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gimmy Ng Date May 27, 2008

**Handwritten signature (X)** ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ Doris Lee, Lanard Toys Inc.

Number/Street/Apt ▼ 2011 AUTO CENTER DRIVE, SUITE 200

City/State/ZIP ▼ OXNARD CA 93030

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA – Full Rev: 07/2006 Print: 07/2006—30,000 Printed on recycled paper

U.S. Government Printing Office: 2004-320-958/60,125

**Representations**



**PERSPECTIVE VIEW FROM ONE SIDE**

**Representations**



**PERSPECTIVE VIEW FROM OTHER SIDE**

**Representations**



**PERSPECTIVE VIEW FROM FRONT**

**Representations**



**PERSPECTIVE VIEW FROM REAR**

**Representations**



**PERSPECTIVE VIEW FROM TOP VIEW**

**Representations**



**PERSPECTIVE VIEW FROM BOTTOM**



# PRODUCT OUTLOOK



Product-Back-View-Infringer



Product-Back-View-Lanard



Product-Front-View-Infringer



Product-Front-View-Lanard


fairykins
Lanard
TRY ME!
WARNING:


PRESS THE BUTTON
ON MY BACK TO MAKE
MY WINGS FLUTTER
TRY ME!
WARNING


Fairykins


PRESS THE BUTTON
ON MY BACK TO MAKE
MY WINGS FLUTTER

EXHIBIT F

# FLUTTERING FAIRYKINS COMPARISON (LANARD VS INFRINGER)

Prepared By: Gary Kwong (Jul 23, 08)

| DESCRIPTION | FLUTTERING FAIRYKINS | |
|---|---|---|
| | LANARD | INFRINGER |
| PACKAGE BOX SIZE | Blister Card, 4.5" (W) x 7.75" (H) x 1.5" (D) | Blister Card, 5.125" (W) x 7.5" (H) x 1.25" (D) |
| PRODUCT CONTENT | Doll x 1pc + Pet x 1pc | Doll x 1pc |
| PRODUCT DIMENSION | 3.5" (W) x 3.5" (H) x 1.0" (D) | 3.5" (W) x 3.5" (H) x 1.0" (D) |
| PRODUCT DESIGN | Custom designed by Lanard | 95% same as Lanard |
| INTERNAL MECHANISM | Simple cantilever movement mechanism, operated by push button. | 100 % same to Lanard |
| WORKING PERFORMANCE | Wing fluttering when press button on the back repeatedly. | Wing fluttering when press button on the back repeatedly. |
| HOW TO PLAY | 1) Press button on the back, the wing move to one side. 2) Release button, the wing move to other side. 3) Repeat (1) & (2) to fluttering the wings. | Same as Lanard |

# PRODUCT MECHANIS



Product-Mechanism-Infringer



Product-Mechanism-Lanard

AO 120 (Rev. 3/04)

| | |
|---|---|
| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED<br>July 30, 2008 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>LANARD TOYS LIMITED, a Hong Kong corporation | | DEFENDANT<br>DOLLAR TREE STORES, INC., a Delaware corporation; GREENBRIER INTERNATIONAL, INC., a Delaware corporation |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 2,562,596 | April 16, 2002 | Lanard Toys Limited |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

LNRD/1051967/5845898v.1

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

American LegalNet, Inc.
www.USCourtForms.com

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
LANARD TOYS LIMITED, a Hong Kong corporation

**DEFENDANTS**
DOLLAR TREE STORES, INC., a Delaware corporation; GREENBRIER INTERNATIONAL, INC., a Delaware corporation

FILED
2008 AUG -1 AM 9:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**(b)** County of Residence of First Listed Plaintiff OUT OF COUNTRY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
RICHARD SYBERT
MAHA SARAH
GORDON & REES LLP
101 W. BROADWAY, STE. 1600
SAN DIEGO, CA 92101 Tel. No.: (619) 696-6700

Attorneys (If Known)

'08 CV 1397 H RBB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury—Med. Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus – Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**

Brief description of cause:
15 USC 1114, 1125; 17 USC 101; Cal B&PC 14335, 17200 (Federal and State Trademark Infringement; Copyright Infringement; Unfair Competition)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE
July 30, 2008

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 153535 AMOUNT $350 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

TAC 7/31/08

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 153535 - TC

August 01, 2008
09:26:48

Civ Fil Non-Pris
USAO #.: 08CV1397
Judge..: MARILYN L HUFF
Amount.:
Check#.: BC70634 $350.00 CK

Total-> $350.00

FROM: LANARD TOYS
VS
DOLLAR TREE