RICHARD P. SYBERT (SBN: 080731)
Email rsybert@gordonrees.com
MAHA SARAH (SBN: 218981)
Email msarah@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Plaintiff
LANARD TOYS LIMITED

FILED
2008 AUG -1 AM 9:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

'08 CV 1397 H RBB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LANARD TOYS LIMITED, a Hong Kong corporation,

Plaintiff,

vs.

DOLLAR TREE STORES, INC., a Delaware corporation; GREENBRIER INTERNATIONAL, INC., a Delaware corporation,

Defendant.

CASE NO.

**NOTICE OF INTERESTED PARTIES**

Pursuant to Civil Local Rule 40.2 of the Southern District of California, the undersigned, counsel of record for Plaintiff LANARD TOYS LIMITED hereby states that the following listed parties may have a financial interest in the outcome of this case:

1. LANARD TOYS LIMITED – named plaintiff herein;
2. DOLLAR TREE STORES, INC. – named defendant herein;
3. GREENBRIER INTERNATIONAL, INC.– named defendant herein.

Dated: July 30, 2008

GORDON & REES LLP

By: ______________________
Richard P. Sybert
Maha Sarah
Attorneys for Plaintiff
LANARD TOYS LIMITED

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101