AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG -1 AM 9:27

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

LANARD TOYS LIMITED, a Hong Kong corporation,
Plaintiff

v.

DOLLAR TREE STORES, INC., a Delaware corporation; GREENBRIER INTERNATIONAL, INC., a Delaware corporation,
Defendant

Civil Action No. 08 CV 1397 H RBB

**Summons in a Civil Action**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RICHARD P. SYBERT
MAHA SARAH
GORDON & REES LLP
101 W. BROADWAY, STE. 1600
SAN DIEGO, CA 92101

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. SAMUEL HAMRICK, JR.

Name of clerk of court

Date: AUG - 1 2008

J. PARIS

Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com