Sidney K. Kanazawa (SBN 84608)
skanazawa@mcguirewoods.com
McGUIREWOODS LLP
1800 Century Part East, 8th Fl.
Los Angeles, CA 90067
Tel. 310.315.8200
Fax: 310.315.8210

# UNITED STATES DISTRICT COURT
SOUTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD TOYS LIMITED, a Hong Kong corporation<br>PLAINTIFF(S)<br><br>v.<br><br>DOLLAR TREET STONES, INC., et al.,<br>DEFENDANT(S). | CASE NUMBER<br>08 CV 1397 (H RBB)<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, Sidney K. Kanazawa , 84608 , skanazawa@mcguirewoods.com
    *Name*                  *CA Bar ID Number*                *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
Defendants DOLLAR TREE STORES, INC. and GREENBRIER INTERNATIONAL, INC.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action
           PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☒ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☒ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name  Sidney K. Kanazawa                     CA State Bar Number  84608
Firm/Government Agency Name  McGuireWoods LLP
Address:  1800 Century Park East, 8th Fl., Los Angeles, CA 90067
Telephone Number  310.315.8200                        Facsimile Number  310.315.8210

New E-mail address  skanazawa@mcguirewoods.com

☐ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: ___.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: August 29, 2008

Sidney K. Kanazawa
*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

On August 29, 2008, I served the following document(s) described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☒ **BY NOTICE OF ELECTRONIC FILING:** I caused a true and correct copy of said document(s) to be filed electronically in .pdf format with the United States District Court, Southern District of California, pursuant to General Order No. 550, which provides (at III.1.c.) that the Notice of Electronic Filing (NEF) automatically generated by the Court's Electronic Filing System constitutes service of the filed document on Filing Users.

☐ **BY FACSIMILE:** At approximately ____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 29, 2008, at Los Angeles, California.

*Susan Ito*
Susan Ito

6514148.1

3

NOTICE OF CHANGE OF ATTORNEY INFORMATION

# SERVICE LIST

**By Notice of Electronic Filing:**

Richard P. Sybert, Esq.
Maha Sarah, Esq.
GORDON & REES, LLP
101 West Broadway, Suite 1600
San Diego, CA 92101